UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00274-APG-BNW |
| Plaintiff, | |
| v. | **Order Unsealing Case** |
| BALDEMAR VILLASENOR-AGUILAR, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Baldemar Villasenor-Aguilar,* is unsealed.

**DATED** this  22nd  day of October, 2021.

By the Court:

_____
Honorable Andrew P. Gordon
United States District Judge